UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BEVERLY HARDY,<br><br>　　　　　Defendant. | 2:15-mj-310-PAL<br><br>**ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES** |

On the motion of defendant Beverly Hardy, made pursuant to 18 U.S.C. § 4285, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant's noncustodial transportation, or furnish the fare for such transportation, to 2120 Capital Avenue, Cheyenne, Wyoming, from Las Vegas, Nevada on or before Wednesday, April 1, 2015, at the hour of 10:00 a.m. for the purpose of an Initial Appearance in the District of Wyoming.

IT IS FURTHER ORDERED that the United States Marshal shall furnish the defendant with an amount of money for necessary subsistence expenses while en route to her destination, not to exceed the amount authorized as a per diem allowance for travel expenses under 5 U.S.C. §570(a).

DATED this __30th__ day of March, 2015.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE