✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __NEVADA__

UNITED STATES OF AMERICA

V.

BEVERLY HARDY

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 2:15-mj-0310-PAL

CHARGING DISTRICTS
CASE NUMBER: 15CR69-J

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of __Wyoming__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __(Not Applicable)__
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) As ordered on __As ordered__ .
*Date and Time*

*Signature of Judge*

3/27/2015                                                   PEGGY A. LEEN, United States Magistrate Judge
*Date*                                                             *Name and Title of Judge*